I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 3-18-14

DEPUTY CLERK

JS-6
Entered

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK HILL,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>WARDEN,<br><br>　　　　Respondent. | Case No. CV 14-0662-CJC (RNB)<br><br>**JUDGMENT** |

　　　Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

　　　IT IS HEREBY ADJUDGED that the Petition is summarily denied and this action is dismissed with prejudice.

DATED: March 14, 2014

　　　　　　　　　　　　　　　　　　　CORMAC J. CARNEY
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE